UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN MUÑOZ, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:20-cv-01412-GMN-BNW |
| vs. ) | |
| ) | **ORDER** |
| U-HAUL INTERNATIONAL, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 18), of United States Magistrate Judge Brenda N. Weksler, which recommends dismissing Plaintiff Jonathan Muñoz's ("Plaintiff's") Third Amended Complaint, (ECF No. 17), for failure to amend.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF

1  No. 18) (setting a March 8, 2022, deadline for objections).  In addition, Plaintiff had until
2  January 31, 2022, to file his fourth amended complaint to avoid dismissal but did not do so.
3  (*See* Order 4:11–12, ECF No. 16).
4      Accordingly,
5      **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 18), is
6  **ACCEPTED and ADOPTED** in full.
7      **IT IS FURTHER ORDERED** that Plaintiffs' Third Amended Complaint, (ECF No.
8  17), is dismissed without prejudice.
9      **IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.
10     Dated this __30__ day of November, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court